MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
Email: dvendler@mpplaw.com
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Tel.: (213) 417-5100
Fax: (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
Email: mbrown@mrbapclaw.com
18101 Von Karman Avenue, Suite 1900
Irvine, California 92612
Tel.: (949) 435-3888
Fax: (949) 435 3801

Attorneys for Plaintiff, ADRIANA ROVAI, and all others similarly situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA ROVAI, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No.: 14-CV-1738-BAS-WVG<br><br>*Hon. Cynthia A. Bashant*<br><br>**PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE RE: STANDING**<br><br>Action Filed: July 24, 2014 |

Plaintiff, having read and considered the opinion of the Ninth Circuit Court of Appeal in the matter captioned *Smith v. Bank of America, N.A.*, 2017 WL 631696 (9th Cir. 2017) ("Opinion") and having reviewed the Complaint filed in this matter, responds to the Order to Show Cause as follows:

The Opinion held that the district court lacked subject matter jurisdiction over the *Smith* plaintiffs' complaint because the *Smith* plaintiffs failed to sufficiently allege that they had suffered an injury-in-fact as a result of merely *receiving* an incorrect Form 1098, and that because "Plaintiffs do not allege that they filed erroneous tax returns in reliance on the allegedly erroneous form or received a smaller tax deduction as a result," their case had to be dismissed. *Id.* at 2017 WL 631696 *1. Importantly, however, in upholding the district court's dismissal, the Ninth Circuit, specifically cautioned at the conclusion of its opinion that "whenever a district court dismisses a case, it 'should grant leave to amend even if no request to amend the pleading was made, unless it determines that the pleading could not possibly be cured by the allegation of other facts.'" *Id.* (quoting *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir. 2000) (quoting *Doe v. United States*, 58 F.3d 494, 497 (9th Cir. 1995).

In this case, it is conceded by the plaintiff that the original complaint did not allege that the plaintiff "filed erroneous tax returns in reliance on the allegedly erroneous form or received a smaller tax deduction as a result." However, plaintiff represents to this Court that plaintiff can allege both that plaintiff filed tax returns based on the erroneous information provided by the defendant and that she received a lower tax deduction as a result. On these bases, plaintiff requests leave to amend the complaint, at which time Plaintiff will correct the standing deficiency articulated by the Ninth Circuit.

Date: March 16, 2016

MORRIS POLICH & PURDY LLP

By: */s/ David J. Vendler*
David J. Vendler

MICHAEL R. BROWN, APC

By: */s/ Michael R. Brown*
Michael R. Brown

Attorneys for Plaintiff ADRIANA ROVAI, and all others similarly situated

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On March 16, 2017, pursuant to the Court's Electronic Filing System, I submitted an electronic version of the following document(s) via file transfer protocol to ECF (Electronic Case Filing):

**PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE RE: STANDING**

and true copy of this document was served electronically upon all counsel of record by the Court's CM/ECF System, or if such service is not authorized, by first class mail, in accordance with Rule 5 of the Federal Rules of Civil Procedure.

Jeff E. Scott, Esq.
scottj@gtlaw.com
Jennifer L. Gray, Esq.
grayjen@gtlaw.com
GREENBERT TRAURIG LLP
1840 Century Park East
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

***Attorneys for Defendant SELECT PORTFOLIO SERVICING, INC.***

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 16, 2017, at Los Angeles, California.

Mineeh P. Lapid