# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA ROVAI, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>      Defendant. | Case No. 14-cv-01738-BAS-WVG<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

Having reviewed the parties' responses to this Court's Order to Show Cause dated March 2, 2017, and in light of the Ninth Circuit's decision in *Smith v. Bank of America, N.A.*, — F. App'x —, 2017 WL 631696 (9th Cir. Feb. 16, 2017), the Court DISMISSES Plaintiff's Complaint WITH LEAVE TO AMEND. Plaintiff is only permitted to amend the complaint to allege standing, and must file the amended complaint no later than **May 1, 2017**. Defendant's response to the amended complaint is due no later than **May 15, 2017**.

//

//

//

– 1 –

1 | //

2 |      **IT IS SO ORDERED**.

3 | **DATED:  April 24, 2017**

                                               **Hon. Cynthia Bashant**
                                               **United States District Judge**

14cv1738